UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

IN RE:

STACIE LATONYA JORDAN,                                         Case No. 14-22137 DSK
                                                                              Chapter 7
    Debtor.

---

TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE

---

    COMES NOW the Chapter 7 Trustee, Lynda F. Teems, and moves this Court for an Order directing the debtor to turnover funds received from the 2013 Federal Income Tax refund, that have been in debtor's possession and control during the period debtor filed for bankruptcy, and in support of this Motion, would respectfully show the Court the following:

    1.    On February 26, 2014, the above-named debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

    2.    Lynda F. Teems was duly appointed interim Trustee herein and is presently acting as such Trustee.

    3.    A copy of the Debtor's 2013 1040 U.S. Individual Income Tax Return submitted to your Trustee on March 25, 2013 shows that your Debtor will/has received a refund in the amount of $10,267.00.

    4.    11 U.S.C. § 541 allows that all legal or equitable interests of the debtor in property as of the commencement of the case are property of the estate.

5. Debtor has room to Amend Schedule C to claim and exempt the additional sum of $4,205.00 pursuant to Tenn. Code Ann. §26-2-103 that the Trustee will/does not object to.

6. By reason of the foregoing, your Trustee claims that the debtor has in her possession or control funds which should be turned over to the Trustee.

7. Your Trustee is entitled to the immediate possession of all funds received by the Debtor from her 2013 Federal Income Tax refund less the $4,205.00 available under Tenn. Code Ann. §26-2-103 should Debtor amend Schedule C leaving the remaining $6,062.00 as property of the estate.

WHEREFORE, PREMISES CONSIDERED, your Trustee prays:

1. That the above-referenced Motion be set for a hearing;

2. That an order be entered directing the debtor to turnover to the Trustee the sum of $6,062.00 received by her from her 2013 Federal Income Tax refund after amending her Schedule C exemptions;

3. That your Trustee has such other and further relief as this Court finds just and proper.

Respectfully submitted,

/s/ Lynda F. Teems
LYNDA F. TEEMS  #13976
Chapter 7 Case Trustee
80 Monroe Avenue, Suite 625
Memphis, Tennessee 38103-2491
PH:   (901) 526-5555
FAX:  (901) 529-1233
Email: lteems1@aol.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing Motion for Turnover of Property of the Estate was served on the following parties by electronic servicing or by placing a copy of same in the U.S. Mail, postage prepaid, this 2nd day of April, 2013:

Debtor
Debtor's Attorney
Office of the U.S. Trustee
Entire Matrix

                 /s/ Lynda F. Teems
                 LYNDA F. TEEMS